Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED

# UNITED STATES DISTRICT COURT

for the

2020 APR 21 PM 3:34

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

_Middle_ District of _Florida_

2020 APR 21 PM 3:18

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

_Tampa_ Division

|  |  |
|---|---|
| Pamela Ruby Tinker Johnson<br><br>_Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_<br>-v-<br>President Barack Obama, DOJ, State Dept.,<br>DOD, CIA, FBI, DHS, HHS, DOE, EPA,<br>Pinellas County Sheriff Dept.<br><br>_Defendant(s)_<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names. Do not include addresses here.)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 8:2020 cv 929 / 33 AAS

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☐ Yes  ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Tha . $400

**The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          Pamela Ruxby Tinker Johnson
Address       15913 Gulf Blvd
              Redington Beach     FL     33708
                     *City*       *State*    *Zip Code*
County        Pinellas
Telephone Number   (720) 975-7711
E-Mail Address     pamonkwaj@hotmail.com

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
       Name          President Barack Obama
       Job or Title *(if known)*
       Address       2446 Belmont Ave, NW
                     Washington     DC     20008
                          *City*    *State*    *Zip Code*
       County        District of Columbia
       Telephone Number
       E-Mail Address *(if known)*

       [✓] Individual capacity    [✓] Official capacity

Defendant No. 2
       Name          Department of Defense
       Job or Title *(if known)*
       Address       9999 Joint Staff Pentagon
                     Washington     DC     20318 - 9999
                          *City*    *State*    *Zip Code*
       County        District of Columbia
       Telephone Number   (202) 545 - 6700
       E-Mail Address *(if known)*

       [✓] Individual capacity    [✓] Official capacity

# The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint    Attach additional pages if needed.

| | |
|---|---|
| Name | *Pamela Ruby Tinker Johnson* |
| Address | *15913 Gulf Blvd* |
| | *Redington Beach*  *FL*  *33708* |
| | City  State  Zip Code |
| County | *Pinellas* |
| Telephone Number | *(720) 975-7711* |
| E-Mail Address | *pamonkwaj@hotmail.com* |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

### Defendant No. 3

| | |
|---|---|
| Name | *Central Intelligence Agency* |
| Job or Title (if known) | |
| Address | *Privacy and Civil Liberties Officer* |
| | *Washington*  *DC*  *20505* |
| | City  State  Zip Code |
| County | *District of Columbia* |
| Telephone Number | *(703) 482-0623* |
| E-Mail Address (if known) | |

☑ Individual capacity   ☑ Official capacity

### Defendant No. 4

| | |
|---|---|
| Name | *Federal Bureau of Investigation* |
| Job or Title (if known) | |
| Address | *935 Pennsylvania Ave, NW* |
| | *Washington*  *DC*  *20535-0001* |
| | City  State  Zip Code |
| County | *District of Columbia* |
| Telephone Number | *(202) 324-3000* |
| E-Mail Address (if known) | |

☑ Individual capacity   ☑ Official capacity

**The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

     Name     Pamela Ruby Tinker Johnson
     Address    15913 Gulf Blvd
             Redington Beach    FL    33708
                *City*      *State*     *Zip Code*

     County      Pinellas
     Telephone Number    (720) 975-7711
     E-Mail Address    pamonkway@hotmail.com

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 5
     Name     Department of Homeland Security
     Job or Title *(if known)*
     Address    64 New York Ave, NE
             Washington    DC    20002
                *City*      *State*     *Zip Code*
     County     District of Columbia
     Telephone Number    (202) 671-4200
     E-Mail Address *(if known)*

     [✓] Individual capacity    [✓] Official capacity

Defendant No. 6
     Name     Department of Health and Human Services
     Job or Title *(if known)*
     Address    200 Independence Ave, SW
             Washington    DC    20201
                *City*      *State*     *Zip Code*
     County     District of Columbia
     Telephone Number    1-(877)-696-6775
     E-Mail Address *(if known)*

     [✓] Individual capacity    [✓] Official capacity

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Pamela Ruby Tinker Johnson |
| Address | 15913 Gulf Blvd |
| | Redington Beach    FL    33708 |
| | *City*    *State*    *Zip Code* |
| County | Pinellas |
| Telephone Number | (720) 975-7711 |
| E-Mail Address | Pamonkwa@hotmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of Energy |
| Job or Title *(if known)* | |
| Address | 1000 Independence Ave, SW |
| | Washington    DC    20585 |
| | *City*    *State*    *Zip Code* |
| County | District of Columbia |
| Telephone Number | (202) 586-5000 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Environmental Protection Agency |
| Job or Title *(if known)* | |
| Address | 1200 Pennsylvania Ave, NW |
| | Washington    DC    20004 |
| | *City*    *State*    *Zip Code* |
| County | District of Columbia |
| Telephone Number | (202) 564-4700 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name _Pamela Ruby Tinker Johnson_
Address _15913 Gulf Blvd_
_Redington Beach_   _FL_   _33708_
　　　　　　　　　 *City*　　　 *State*　　 *Zip Code*
County _Pinellas_
Telephone Number _(720) 975-7711_
E-Mail Address _Pamonkwaj@hotmail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title (if known) and check whether you are bringing this complaint against
them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 9
Name _U.S. Department of Justice_
Job or Title *(if known)* _Civil Rights Division_
Address _950 Pennsylvania Ave, NW_
_Washington_   _DC_   _20530_
　　　　　　　　 *City*　　　 *State*　　 *Zip Code*
County _District of Columbia_
Telephone Number _(202) 514-3847_
E-Mail Address *(if known)*

☑ Individual capacity  ☑ Official capacity

Defendant No. 10
Name _U.S. Department of State_
Job or Title *(if known)*
Address _2201 C St., NW_
_Washington_   _DC_   _20520_
　　　　　　　　 *City*　　　 *State*　　 *Zip Code*
County _District of Columbia_
Telephone Number _(202) 647-4000_
E-Mail Address *(if known)*

☑ Individual capacity  ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

    Name             Pinellas County Sheriff Department

    Job or Title *(if known)*

    Address          10750 Ulmerton Rd

                     Largo           FL        33778
                         *City*            *State*        *Zip Code*

    County           Pinellas

    Telephone Number    (727) 582-6200

    E-Mail Address *(if known)*

    ☑ Individual capacity      ☑ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                         *City*            *State*        *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Amendments*

1 Freedom of religion, Freedom of speech, Petition the government for a redress of grievances
4 Security in my person, houses, papers, and effects against unreasonable searches + seizures
5 Being held to answer for a capital crime; deprivation of life, liberty, and pursuit of happiness without due process of law
8 Cruel and unusual punishments are being inflicted
14 Abridged my privileges and immunities and the rights of life, liberty, and the pursuit of happiness without due process of law.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*Amendments*

1 Freedom of religion, Freedom of speech, Petition the govt for a redress of grievances
4 Security in my person, houses, papers, and effects against unreasonable searches + seizures
5 Being held to answer for a Capital crime; Deprivation of life, liberty, and the pursuit of happiness without due process of law
8 Cruel and unusual punishments are being inflicted
14 Abridged my privileges + immunities + the rights of life, liberty, + the pursuit of happiness without due process of law.

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

II.   **Statement of Claim**   — see attached pgs 1—14

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

B.      What date and approximate time did the events giving rise to your claim(s) occur?

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

IV.    **Injuries**    see attached pgs 1-14

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I need immediate relief from the court. I am surrounded by DOD, CIA, and FBI assassins that President Barack Hussein Obama II is ordering to murder me. They have been lasering me and my kidneys for months here with military equipment. President Obama accused me of committing treason after I accused him of it and proved it to President George W. Bush in the Spring of 2011. President Bush called Chief Justice John Roberts who then also committed treason by accepting a long form as proof of United States birth when it does not validate birth and is not acceptable as proof under the United States Constitution. First Lady Michelle Obama also committed treason because she has known for decades that her husband was not born here in America.

President Obama had the CIA, FBI, DOD, DHS, HHS, DOE, and the EPA all activated against me under terrorist laws when I am a patriot of the United States of America. I am also the granddaughter of General Tinker of Tinker AFB who is a national hero for the intelligence he provided to win the war against the Japanese and gave his life doing so. The best evidence of what President Obama did to me is the testimony of President George W. Bush which I am asking you to have him provide the court and the following evidence. When President Bush realized that President Obama activated ALE (all law enforcement) against me, I think he was somehow given an opportunity to help me see what happened if I would seek diligently for it. And here it is:

| | | | |
|---|---|---|---|
| G B A G | Gore, Bejarano, and Gonzales | (local law San Diego County) | |
| S H A G | Slotter, Hearn, and Gore | (San Diego) | FBI SACS |
| V S A D | Via, Stanton, and Dorning | (Huntsville, AL ) | DOD, FBI, Sheriff |
| R J A B | Richardson, Jackson, and Brown | (Dallas, TX) | DOD, FBI, Sheriff |
| G P A F | Garcia, Phillips, and Firman | (Denver, CO) | DOD, FBI, Sheriff |
| S M A G | Snelson, McPherson, and Gualtieri | (St. Pete, FL). | DOD, FBI, Sheriff |

G for George Bush.  The message begins with George and ends with George. It is his testimony. Do the > sign for each line.

| | | |
|---|---|---|
| B A G | S | Get Barack |
| S  HAG | V | He is the one hurting you |
| V  SAD | R | I know you are hurting |
| R  JAB | G | Hurt him back. |
| G  PA F | SMA. | He's using the military to kill you. |

Now down left to right

| | |
|---|---|
| BS  V  RG | Barack is urging them to confuse and hurt me |
| G HAG SAD. JAB PA F | Barack is prophesied to be the bear on his side in Daniel and the Fire Horse in Revelation (PA F) |
| SV  R  GM | Barack is giving the orders |

Key:  S for Snake (V for the 5.5 mil he made in 2010). He is SV
   V for the V on my forehead R for Ruby my middle name
   SMA is me. I was born on the 19th (S) and I am a Mom

1

FBI Directors Mueller, Comey, McCabe, and Wray are responsible for the facilitation of multiple aforementioned agencies through POTUS Obama's Directive to attack me, delay me, obstruct my justice, and ultimately to murder me. The FBI is working closely with President Obama to keep him informed of primarily the DOD, CIA, and FBI's involvement in my entrapment and murder. They have forced me to move 5 out of the past 7 years from San Diego to Hunstville, AL (moved twice while in HSV), to Dallas, to Denver, then to my property in Redington Beach, FL.  Stephen Snelson the Commander at MacDill AFB in Tampa, FL is using SEL Gregory A. Smith and his team in collusion with the Tampa, FL  FBI SAC Michael F. McPherson and his team to murder me. I was set up here by the FBI. They have known since early 2011 that my Mom was giving me this property and I might one day live here. They actually kind of shuttled me here because they got to my property manager John Hatcherian of Vintage Real Estate. He caused so many problems for me here I moved in to fix them since he wasn't., the place was getting worse, and I saw him try and steal rent money from me. He breached our contract with the tenants the Obama's placed in here to damage my home by working with the FBI and Sheriff Gualtieri of Pinellas County and his men and women. They also moved in FBI and CIA that have encircled this property according to the message they sent me on the Pinellas County Property Appraisers Office website PCPAO.org.  Beginning just North of me then traveling in a circle around me and then on either side of me as if I were Jesus and they are crucifying me....their sick description of events not mine.......

| | |
|---|---|
| Neville | C Ham Be R La in |
| Dungan. | Shit in |
| Paul | P (my name is Pam and starts with P) |
| Combs. | C |
| Hansen. | H (Hussein) |
| LePore. | Law enforcement President Obama Roman Empire (CIA, DOD, FBI) |
| Chapman. | They are on me constantly hurting me badly |
| Moore | More than ever before |
| RB | Ruby (my middle name and Redington Beach access used by Sheriff) |
| Fettes | F hates .....me by the strong lasers |
| Silverberg | Aim lasers from their bottom floor to my 2nd floor living area |
| Dirty | |
| Warren. | They are warring on me |
| Turshani. | When I document something for myself they know about it and mostly dis-approve by blasting me in the eyes with their lasers or hurt my kidneys ....the kid from MacDill is kneeing me killing me. |

They recently murdered my cousin, David Larry Stanton, from Pinellas Park, FL by first making him have a stroke and then lasering his kidneys until he had to go on dialysis. They made him die Feb 4th the same day as my Dad's Mom (my Grammy) who has an elementary school named after her on MacDill AFB and was buried with full honors even though she never served a day in the military. Before they made David die, they tried to set me up for his murder by making him severely sick. I wasn't able to see David after this and let him pass away without even calling. I only had two months with him and then they murdered him. I know they did this to him because they attacked me at his apartment

complex and I witnessed his hand being lasered into puffiness right in front of me. Later at my place in Redington Beach they would do this to my whole left forearm and have proof. **President Obama is using our military and other law enforcement to murder my family the Tinker's and the Stanton's. Most are unaware that the CIA, the FBI, and the DOD are on them. They are ailing from unexplainable ills unless you realize they are under attack from our government. They recently lasered my brother Andy Tinker of Homosassa, FL so badly in the head he wrecked his car. The next week they lasered him at home in the head into a rage and he went and beat up some friends. The FBI and the CIA were used by an angry President Obama to target Andy after I posted proof that Obama is a fraud. Andrew Wheeler is the Current Director at the EPA. Was it funny to zap my brother, Andrew, like a bolt of lightening? Was it funny when Barack broke into my home in Bonita and sat on the couch and then woke me up??? The DOD, CIA, and FBI has done the same to me and I almost also lost it on my neighbor and I have never hurt anyone despite the lies from San Diego. I am begging the court for relief on Andy's behalf. Because of President Obama, Andy is facing time in prison again and IT IS NOT HIS FAULT!!! This is entrapment and it is illegal. Please help him.**

Hillary Clinton, as the SOS, and Eric Holder as the AG, then later John Kerry and Loretta Lynch, also conspired with President Obama to hurt me and keep him in power. They also are guilty of treason as is James Clapper, John Brennan, and General Mulholland whom they recruited from MacDill AFB in Tampa to send me a message from President Obama by murdering people, one of whom was my Mom. President Obama had his long form from Hawaii validated on April 25, 2011. He murdered my Mom two years to the day later on April 25, 2013, the same day President George W. Bush opened his Presidential Library in Dallas, TX.....\_he \_opened \_his \_library HO HL. Hussein Obama hell. He is the one hurting you.

Gina Haspell at the CIA and Mark Milley Chairman of the Joint Chiefs of Staff at the Pentagon are also colluding with President Obama to murder me. They are upholding him which also means they are committing treason against our country because they know President Obama has no valid United States of America birth certificate and cannot be President according to our Constitution. The framers thought it so important that someone lead our people that were genuinely from here, that they stipulated this first in being allowed to run for POTUS. Please see page titled "Responsible for Hurting Me Because of President Obama Since Feb 2011 to today" for those whom he involved as leaders against me to hurt me physically, economically, emotionally, maritally, with my family, with my daughter, religiously, professionally, with my friends and neighbors, with my coworkers, with my bosses, they tried to drive me insane, they tried to drive me into prison, they murdered people I knew and people I didn't but always tried to make me feel guilty for it. I've been tortured every day and every night since this all started in San Diego around May of 2008, then escalating to President Obama's involvement in Feb or March 2011. They have been lasering me with some type of military equipment that is capable of cutting through walls easily and cut you. They did this to me in the shower here and outside while on the ladder. It leaves little burn dots on your skin.

3

**In San Diego**

Neighbor David Bryant on Palo Dr in Bonita, CA doesn't like my family moving back from Kwajalein in the Marshall Islands in July 2007. Tells me he is a cop with the Chula Vista PD. Trespasses on our property.

Begin being blacklisted everywhere I take my elderly Mom the next time we visit a store somewhere, anywhere, everywhere. What is going on?

Now every vehicle behind me has a Navy Base sticker in my review mirror

Visit COP Chula Vista David Bejarano. He hides around the corner while the snickering receptionist scurries messages between me and around the corner.

Start complaining to local representatives, Mayors, etc. Things get worse. Especially when I begin noticing people being murdered in the paper…especially surfers who were smokin' weed out on their surfboards. I took a surfing class one semester. The wind blows to shore and the cops are targeting them to drown them. That is David Bejarano, Adolfo Gonzales, and Bill Gore and I outed their murder ring with the FBI who was illegally in my communications with those other local cops and made a bunch of noise about it at church.

**Now, I have just dodged several murder attempts**, one while running with husband Bruce and realize years later that **ex-FBI SAC Bill Gore, David Bejarano, and Adolfo Gonzales were responsible for murdering my Dad by lasering a whole in his lung in Sept 2003**. He used Jiminez and Melzer to help him. The Catholic Church abused my Dad as a young boy and my Dad may have been looking at stuff on his computer he wasn't supposed to be looking at. He kept dumping his computers and we didn't know why. He said it had a virus.

I call out the Imperial Beach, CA substation unit of the San Diego Sheriff Dept as our home is in the county although surrounded by National City (Adolfo Gonzales) and Chula Vista (David Bejarano) to verbally complain about the harassment and try to stop it. At this point, I am clearly being thrown down on and I type a letter I never turn in to help me with my thoughts as I have this conversation with Sheriff Deputies. They already know what is on the paper. They have been reading everything I type and Deputy Scott Roller steals this letter from me and will not return it while on my property although I demand it back. Months later when things only get worse, I go down to the IB substation and spoke with Scott Roller directly again and again demand my letter back. He still says no and that he gave it to another agency. He will not tell me the name of the agency although I insist. The end of the letter is sarcastic and they know this because I tell them. I have never, ever rescinded any of my rights as a US Citizen ever!!! And they were twisting my words in that letter. I have now been surrounded and surveilled non-stop since May of 2008 and they are using all the neighbors encircling me to place cops there and constantly let me know!!!. They are trying to drive me insane…….literally. **How much is it worth to battle the cops and the FBI**

4

**nonstop 24/7/365 for 9 years from driving you insane??? Murdering you by setting you up for all kinds of accidents in your place of residence and on the road??? How much is that worth?**

Can't prove to my husband what is happening. He eventually reaches a conclusion I'm crazy and makes me take a psychological exam to receive my 1/2 of our divorce money after he has me falsely arrested and thrown into Sheriff Bill Gore's jail in Santee, CA . I am tortured for 5 days in jail before he drops his false charges against me. I have proof of the torture. This arrest was expunged from my record and I must not be crazy because I got my half of our money.

In May of 2008, when Ariana and I return for a visit to Kwajalein, the Sheriff Department and/or David Bejarano bribes a Canadian pastor with nowhere to go and no other employment options with permanent sanctuary in San Diego if he will set me up in court for a restraining order after I return. We attended and were involved in this little church where Bruce and I were married and the Pastor's daughter and our daughter were good friends and in the same class at Calvary Christian Academy in Chula Vista, CA. (Sheriff Bill Gore used to be the San Diego FBI SAC before being kicked out of the FBI after 32 years for letting the terrorist learn how to fly into the Twin Towers in NYC under President George W. Bush who later gets involved here). Nothing is the same at the church when I get back and it isn't long before Marc Lapointe is making false accusations against me, kicking our family out of the church, and taking me to court that was all set up with that lady judge in Chula Vista about a block away from David Bejarano's CVPD. Bill Gore and/or David Bejarano gives Marc LaPointe this offer after knowing I have turned down a sexual advance from him but wanted to continue serving the Lord there as I was in the band and my husband was running the sound system. I didn't tell my husband until months, if not a year, later when Marc was taking me to court and having the entire church board show up to something that supposedly was just between him and me.

Marc commits perjury in court against me but lawyer Ethan Watts has been contacted by FBI SAC Keith Slotter per a request of Bill Gore not to pursue it and he tells me there is nothing he can do about it. Because Marc was allowed to lie and because that whole thing was set up, I got a 1.5 yr restraining order but still allowed to got to the same little school and rub elbows as before….nothing but another set up!!!

The FBI is planting stories in the San Diego Union Tribune which my Mom reads the print off the page and they know it. They are turning her against me when I love her and help her as her daughter and moved home from a long way to do this because I love her. She eventually changes her will against me because of their lies and interference. Sheriff Bill Gore colluded with FBI SAC Keith Slotter to throw down on my family because Bejarano got miffed I lived in Bonita too and everyone found out what a coward he is and how he behaved when I tried to have a conversation with him. Then I outed the COP's for National City, Chula Vista, and the Sheriff for being murderers. Then they tried to murder me. I finally wrote George W. Bush.

5

President Bush hears me prophesying as do the local cops and FBI. They call Obama. Obama doesn't like the Freedom of Religion or the Freedom of Speech I am exercising and weaponizes the CIA, FBI, DOD, DHS, HHS, DOE, and the EPA against me with his friend AG Eric Holder. SOS Hillary Clinton, who is in San Diego with husband President Bill Clinton who has given a speech at USC, hears it will be Donald Trump and not her that will be the next POTUS.

The Secret Service exonerated me of any wrongdoing from Feb 2011 to Aug 2011 and I received this through my FOIA years later. The most recent FOIA I received in March 2020 says nothing of exoneration and there are more people and more cow dung there than on the first FOIA. **SOMEONE HAS MESSED WITH THE INFO ON MY SECRET SERVICE PAPERWORK!!! It initially had Bush, Obama, Holder, Gov Brown, Sen Boxer on it.**

Somewhere around the end of that investigation, months after my family fled and I am now living alone in a large house in which I was raised and always had a lot of things going on and is now very quiet, President Barack Obama thinks it is funny to use the CIA and the FBI to break into my home in Bonita, CA. They put me to sleep, broke in, came in, and then woke me up, and sat me up as I was sleeping on the couch in the living room. This happened somewhere in the wee hours of the morning and I was aware of a room full of people although I only stared at Barack. We stared at each other for about 30 seconds before he nodded and I felt myself immediately being put to sleep again and gently being laid back down. There is documented proof of this happening as the POTUS whereabouts is known and documented 24/7/365. I would also like to add that they made my Mom move out of that home in which she had lived and raised her family and taught piano for 45 yrs there on her 90th birthday while I was incarcerated as an innocent and being tortured as they continued to scare her and she continued to change her will against me until she finally completely wrote me out of it. However, before I left CA she must have realized how much I loved her because I got most of it back but was done out of hundreds of thousands of dollars because of local cops, Sheriffs, FBI, CIA, and President Barack Obama's involvement. Then President Obama used the CIA to have my Mom's colon cancer return when she was 15 yrs free and told by her gastroenterologist not to have any more colonoscopies. He eventually murdered her on April 25, 2013….two years to the day after his long form was stamped…with a laser to the heart resulting in a heart attack which abbreviated spells HA. I made fun of him while prophesying and he got really, really embarrassed and then his power was threatened because he can't prove he was born here and still hasn't although he is still receiving tax payor money and services from the Secret Service that we also employ.

Because I am know divorced (June 2012), I make plans to return to AL where I have a license to practice pharmacy and have kept it faithfully active although I have not practiced for 15 years in this rapidly changing, information growing industry of retail pharmacy. There is probably no way to pass the CA exam as I have been out of school a long time and they know this. Leaving CA means leaving the one and only child I have whom I love with all my heart and have raised as my little chick. They began attacking us when she was 12 yrs old

and I feel like really this is when they began taking her away from me with the SAM (sources and methods) they use. She will be 24 yrs old in May.
**How much is it worth to have your heart ripped out of your chest and shoved down your throat???** Because that's how much I want to sue them for……..and they did a whole lot more than that!!! **How much is it worth to have your sex life completely ruined forever on earth** because they broke up your family and they know you are a Christian and won't get married again or have sex again. It has now been 9 years since I have had sex and **my husband and I enjoyed a very active sex life which the cops and the FBI also enjoyed after they placed cameras in our bedroom and activated the camera on the big screen TV to watch all the time. How much is that worth??**

**How about making me relive this all over again because I have to complain to another judge what they have been doing to me???How much is THAT worth???**

**What about making me leave my Mom who I moved back from Kwajalein to care for because I love her. They ripped her away from me. How much is that worth???**
I returned to CA from AL 3 months later to bury my Mom after President Barack Obama gave John Brennan the order to murder her. My brother, Phil, hears a noise on the baby monitor and goes in to check. She's gone.

**What about the hundreds of thousands of dollars they ripped me off for with my Mom's will? This home in Redington Beach, FL was always going to me mine completely and I helped her build it. Now I only have lifetime estate and the brother who also influenced her and close to fire and sheriff individuals as friends, who my Mom moved in with after she fled Bonita, gets it when I die. I want you to change that back to me having this place all to myself again. You can easily see it was always going to be mine until the FBI and the CIA got involved.**

**In Huntsville, AL**

I move into Madison Park Apts in Madison, AL where the FBI, Sheriff Blake Dorning, and Madison Police Chief, Larry Muncey, begin breaking in to my home and lasering me all the time in the gut like they did in San Diego. This causes much intestinal distress resulting in putrid gas and explosive diarrhea. I have mostly dodged them doing this to me publicly although they caused it to happen in San Diego once and in Huntsville once. I was able to make it to the bathroom in time both times. **Would you like to be lasered into putrid gas and explosive diarrhea while you are sitting on the bench doing your job or while out shopping somewhere because of evil law enforcement idiots targeting you??? How much is that worth for each occurrence? They make it happen all the time while I am in my own home and try to make me feel like a prisoner!!! How much is THAT worth?**

John and Cedric are maintenance men that the cops and FBI are using to break in, access my apt and garage, and take break fluid out of my vehicle on multiple occasions. They are providing access to FBI and local cops to damage me and my property. I have foot surgery twice while living here with Dr Matthew DeOrio at TOC in HSV, AL who knows they were on me. After surgery at my apartment I am lasered into a deep sleep, they break in, undo the

surgery stitching on my foot and use fishing line and tie a big knot which they left exposed. I wake up to find this and hell NO it wasn't like that when I went to sleep. They also laser me into excessive pain so I take multiple pain pills and get extremely constipated. **How much is it worth to endure all this emotional, psychological, physical, and mental pain?**

I am shuttled into a job with Walmart during Barack's Presidency and Hillary Clinton uses her influence to make things nearly impossible for me to do my job. With God's help, I still manage to do very well. No mistakes although they are setting me up to kill someone. I go through Walmart's complaint process and eventually call McMillen's office twice complaining about what is happening to me in the pharmacy department. No one helps because they are colluding with the Obama Administration. Hillary Clinton used to be on the Board at Walmart. Eventually, with absolutely no reason except a "shut your mouth intimidation move" my boss Tarous Rice makes me take a series of psychological tests. I am threatened for about 6 weeks and on probation pending clearance from the psychologist. I return to work and maintain my zero % error rate although they use all the technicians in the pharmacy dept. to try and make me stumble. Try doing that in a 13 hour shift only to drag yourself our to the parking lot and have some cop laser the crap out of your as you are trying to get into your car.....**every night..EVERY TIME!!!** I have proven for a second time I am in might right mind.  I sue Walmart and am let go from the company. **How much is it worth to be lasered out of your profession, to lose your reputation, to lose any professional friends you might enjoy. How much is all that worth???**

They know I am a Christian and love the Lord and attending church. The FBI and local cops and Sheriff's begin sending all kinds of CIA and FBI and cops into Asbury United Methodist Church on Hughes Rd in Madison, AL to laser me. **I am forced out of church and away from any kind of spiritual support, emotional support, love, kindness, help, all the kinds of things that a spiritual body of people provide one another.......they took it away from me. How much is THAT worth??? The FBI did this in San Diego, Huntsville, and Here in FL. Anywhere I have tried to attend church they have always lasered me out of it.**

My Daughter, Ariana, is a senior in high school and taking the SAT's. She is smart enough to earn a full scholarship and is one point away from receiving that after I watch the movie "Gravity". The FBI interfered with Ariana's SAT score and downgraded it resulting in only a scholarship worth 50 % instead of 100%. That's is 50 % of her college tuition or about $40,000 and she had to pay for room and board which also would have been free so probably another $20,000. The proof of Ariana's ability to have scored enough on the SAT's to have earned a full scholarship is in her college GPA after graduating from nursing school with a BSN...almost a 4.0 and a 4.0 until her last year I think. They hurt her to hurt me and they were hurting her at school with some of the stories she used to tell me both in high school and in college (San Diego and HSV,AL). When she was 19 years old and a freshman at UAH they sideswiped her in her Volvo that my Mom gave her that used to be hers. They didn't hurt Ariana physically, but this was clearly an attempt on her life. The FBI does this to me in Evergreen, CO about this time last year in 2019. It costs about $3,400 to fix the car here in Pinellas Park at Superior Auto Body and the FBI and Sheriff Gualtieri interfered and influenced the owner Ron to do a bait and switch on me and doesn't do all

he promised. When I complain that he isn't being genuine about what he promised at the price we agreed he threatens me and lies about me being unfit to drive. This was what the FBI and Sheriff Dept told him to do. Ron breached my contract and the FBI and Sheriff Dept made it happen. **How much is it worth to be hurt emotionally and not have your car fixed completely the right way? What if they know your parents bought you this car in 2002 and you are still trying to hang on to their memories and their love and the FBI, CIA, and President Obama are doing everything they can to make you despair so you will commit suicide by taking everything away that means anything to you in this life??? How much is THAT WORTH???**

Before being lasered out of attending church, several Bible class friends are murdered by the CIA and FBI. I am aware of them in the church. So is Alan Weatherly, the Senior Pastor, now retired. He knew something of what was happening to me. I also asked him to speak to the DA Rob Broussard as he attended our church. Never heard anything back. Things got worse. Alan got squirrely and he's definitely NOT like that. Someone scared him. **HOW MUCH IS IT WORTH TO BE MADE TO FEEL AS A PARIAH................A JINX???** James Hatcher is an orthodontist in Hughes Rd in Madison, AL and attends Asbury United Methodist Church. I know him from the 1990's and Alan Weatherly also knows Jim well. I return to him to get my teeth straightened and the cops and FBI are all over him. He is scared and the office staff is hostile with no reason. **After at least a year in braces and multiple office visits scheduled in with an almost full time grueling retail pharmacy work schedule, I receive my retainers only to have the cops and FBI break in to my apt and damage them. How much is that worth??? The time? The effort? The increased difficulty working it in to a busy schedule? The emotional hit, the economic hit. How much is all that worth? Going to an office full of people that hate you with no reason and treat you that way? It would have been no different anywhere else. It's the FBI!!!**

It's May 2017 and I have just been let go with Walmart after filing a suit against them for not responding to and solving my complaints. I essentially have been lasered out of my profession and I believe a former Madison County Deputy Sheriff now employed by the State of AL as an inspector for the Pharmacy Board named Richard Lambruschi was involved. The FBI shuttled me into renting a home right across the street from his adult son, Stephen Lambruschi who lived next door to the DA's sister, Sally Broussard Dobbs. Her son, Christopher and Stephen were constantly breaking in to my residence, damaging things, and lasering me constantly. They also were using some kind of equipment that blocks your ability to use a cell phone. (They are doing that worse here in FL).They also aimed it at the sensor on my dashboard. That disables your vehicle and you have to get out of your car, pop the hood, undo the battery cable, wait a minute, and put it all back together while you are trying to make it to work on time. Then you have to somehow know who's doing it and what direction it is coming from so you can try and block it in order to start the vehicle while covering the sensor. Local Sheriff, AL State Lambruschi, and FBI all colluded with my boss Tarous Rice with Walmart to make me travel to Arab, an hour away each way when I was promised I would be a floater in the Huntsville, AL area as was hired as such. After I was let go with Walmart, I was home all the time for a year not wanting to leave the area because Ariana was with me again and not really knowing what to do. Stephen and

9

Christopher lasered me all the time. So much so, that I called the AL Attorney General's office screaming into the phone in pain for them to come and get him. The next morning a WOW Cable Van showed up in front of his house. **I went to the AL Attorney General's office personally after this with a written complaint and submitted it. What happened to my complaint??? What happened to the complaint I sent the FBI and the DOJ??? How much is it worth to be shut down by the FBI, to be made to feel worthless, to take all loved ones away from you, to take away your communal worship and family, to hurt you physically, emotionally, economically, etc??? How much is it worth?**

**I flee to Dallas thinking being closer to President Bush will help. Once again, the FBI has forced me away from my child I love with all my heart.. How much is that worth?**

### In Dallas

I have purchased a home at 3707 Waldorf Dr in Dallas, Tx for $490K. I stay ONE month and realize there is no way to stay. The lasering and breaking in is so bad and the damage so bad from them constantly coming in, I end up repainting almost the entire inside. By November I am in Denver, CO where it just gets worse!!! How much was it worth to have to climb up on the roof and install my own camera system and repair the walls on the outside of the building where they kept hacking off pieces of my house? What about all the trash the kept purposefully dropping on my property so I would have to go out and pick it up?? They do that here also in Redington Beach. How much is it worth to make me pack up all my stuff again and rent a truck and do this myself as I have always done and they know this. **How would you like to pack up EVERYTHING YOU OWN AND MOVE IT 5 TIMES OF THE PAST 7 YEARS YOURSELF AND RENT THE TRUCK, DRIVE TO YOUR NEW LOCATION, HAVE GUYS UNLOAD IT, THEN UNPACK IT ALL YOURSELF AFTER YOU'VE RETURNED THE TRUCK??? This is what the FBI has made me do!!! How much is all that worth???**

### In Denver/Evergreen

I am lasered so badly by neighbors affiliated with Fire Policing and Sheriff's Dept , FBI, and CIA that I post the trauma to my kidneys. I have contacted 911 6 of 7 days in June 2019 and each time complain of neighbor Tom Janich whom they gave a laser and he is using on me constantly with son Jimmy. By July I am kidnapped by the Jefferson County Sheriff Dept and lasered by the Deputy who takes me in to St. Anthony's. At St. Anthony's I am denied any attempt to contact a lawyer and then assaulted by 10 people in the room who are going to wrestle me to the ground and jab a needle full of something they won't tell me unless I "LET THEM" do it to me. This was all set up by the FBI and the CIA and President Obama. I am now unconscious as they kidnap me and take me to Highlands Behavioral Health System in the Highlands Ranch Area around Littleton, CO. There the FBI and CIA had every "psycho" inmate as an agent. It was all set up and this was acknowledged by my Dr Wright who says I got "Railroaded" after fling multiple grievances while being held against my will by the FBI and the CIA for 16 days. They rifled through my wallet and billed my insurance company to whom I complained about the setup. They withdrew their payments and now those hospitals are trying to bill me for many thousands of dollars. These bills

belong to Barack Obama and I am not going to pay them. I want permission to enter them into court and also to enter the proof of me being tortured by the DOD, FBI, and CIA because of President Barack Obama.

Before this all happened I had a dangerous incident where they somehow made fire ignite up the drain in the bathroom. When I went to light the candle the fumes ignited and I was engulfed in flames from my torso up to my head. I stopped, dove for the carpet in the hallway, and rolled until it was out. Only some burning around my lips that I documented and bruising from hitting the door diving for the hallway. **How much is that terrifying incident worth???**

After this they sideswiped me in Evergreen after dropping my collision insurance trying to save some money.

**It is August of 2019 and I am now on a plane bound for Israel with the intent to beg for sanctuary in their country. I am assaulted all the way over by CIA and FBI with lasers as I have been on every road trip, every plane trip, everywhere I have been since Obama got involved 24/7/365 for the past 9 years. How much is all that torture worth???**

I am assaulted in Israel by the CIA, FBI, and Barack Obama and Ariana wants me to live in America. I decide to return and fight them in court. I'm forced to move to Redington Beach, FL. where the property manager has been taking orders from the FBI through local Pinellas County Sheriff Dept

**In Redington Beach/St.Petersburg**

John Hatcherian of Vintage Real Estate was my property manager for the past 4 to 5 years and was being told by the FBI who to put in here and how to damage this home. I already have $10k in plumbing receipts and they repainted in here against the contract. John Hatcherian of Vintage Real Estate is culpable for working with the FBI and CIA to damage this home and I want him held responsible for it.

It was a couple of weeks after moving in here 10/22/19 that the Pinellas County Sheriff Dept started rearing it's ugly head at me from the Redington Beach access across the street. They would park 3 and 4 vehicles bunched all together and aim them at me at my house….the big suburbans!!! I'm like…….what are they doing??? I started being assaulted again like in CO and followed everywhere and them making it dangerous for me on the road. I finally was able to get a lawyer, Leslie Sammis in Tampa, and she got the Sheriff Dept off me but the FBI hasn't allowed me to speak to her ever since then. There is always some excuse and never any returned phone call or email.

I had two months with my cousin David Larry Stanton of Pinellas Park, FL before the DOD, FBI, CIA, and President Obama finished him off. First they made him have a stroke about 3 years ago while they were murdering my Aunt Ora Lee Stanton, David's Mom. After Ora Lee died a few years ago now, they made everyone move out of THAT home that everyone

11

had lived in for maybe 60 years!!! Our family is being targeted by Obama and his lies of me committing treason to cover the truth that it is HE who is the treasonous one along with his wife and CJUS John Roberts who helped him stay in power. Whoever lived above David Stanton at his apt complex was responsible for murdering him. I saw David's hand being lasered into puffiness while there with him. It was coming from directly above us. I was also attacked at his apartment with a laser several times while there. And like I told you earlier, they tried to set me up for his murder. **How much is it worth to have a long lost cousin you fall in love with immediately as your cousin ripped away from you so you can't even see him into eternity???** I recently fled to Darlene's place in Dunnellon, FL. Darlene was born next in David's family and is also my cousin. They attacked me all the way up there and all the way back and they are attacking her and Andy, my brother, also. Homosassa is up that way. They are all over my family and me. I would like to enter evidence that shows the redness around my kidneys where they lasered me for hours. Even though I was protecting myself it would still get through and I affirm there were about 200 to 300 people on the road following me and lasering me as I ran to give Gov. DiSantis my complaint about the FBI. You can tell by how bad it is on the video I took of myself.

I have now been sleeping in the bathroom for 2 weeks because they assault me in my bed. The person at Turshani's and the person and Christopher Paul's and the person at Dungan's and the person at Paul Combs place make sure I am lasered out of sleep into a sweat, laser me in the eyes so I can't watch TV, try and make me go to bed before 10pm and generally try to make me feel as if I am some kind of "free" prisoner. I laid down on the bed last month and someone either at Turshani's or Christopher Paul's lasered me into convulsions.....like I was being tasered only no metal leads on my body. I immediately documented right after this happened. I DO NOT CRY EASIILY and that shit hurt so bad you can see how distressed and crying I am. This is military equipment!!! Who has some kind of ray gun that can precisely cut a c on your shoulder in the shower from 300 yds away from LePore's. I am constantly lasered now in the eyes, hips, back, kidneys, brain. They aim it at my face and I now have another burn spot I documented. Would this terrify you Judge? Where would you run? To whom would you go? How much is being terrorized this much worth??? Who thinks they can act like this and get away with it??? Exactly. Hussein. Barack Hussein Obama II, but he isn't sane and he is intent on murdering me.

As I began this compaint, so I end it. I am surrounded by assasins from MacDill AFB under Stephen Snelson who is using SEL Gregory A. Smith (GAS) and his team in collusion with Tampa FBI SAC Michael McPherson and his team and the CIA to murder me because of President Barack Hussein Obama II who can't prove he was born in the United States of America. Would you be terrified if they lasered you so much in the head you spent hours on the floor having seizures and you lived alone? (I have video proof while it is happening.) Would you be terrified if you felt all of their lasers pinpointed on your head and one at the base of your skull all at once telling you we are about to all assassinate you at the same time and the one aimed at the base of your skull is going to blow your head off your shoulders? Would you be terrified if the US Government did that to you Judge??? Because that is exactly what they have done to me here and I have the video proof as it is happening!!! Would it terrify you if you were taking a shower and their powerful lasers were aimed at you and they used them to cut you while you were in the shower??? Target your

eyes with lasers? Would you ever take a shower again??? Would you be frozen into a catatonic state knowing the power of the lasers and the equipment they have and that it is being aimed at you, being used on you, and you have nowhere to go??? Would that terrify you Judge? What about if they cut a c in your ankle while outside on the ladder? Would it terrify you to think someone with that kind of power was toying with you??? How much do you think all of this is worth Judge???

I am in my 13 year of hell from law enforcement because of President Obama weaponizing the US Government against me. It began in San Diego with the FBI and local Sheriffs and cops with ties to the FBI and US Marshalls. They are using their large volumes of people to get the word out to swing the stock market. President Obama had the FBI and the CIA and the DOD do this against me and I lost money because he is stalking me on the computer.

Because they held me to a perfect standard and punished me everytime I wasn't perfect like God says to be, I stayed in their wilderness. Scripture uses *40 to depict times of testing* and they twisted God's Words to say that this was for me (my nickname is TinkerBell) For T: T O T. Read either way it says I owe them and they always took it out on me....always. So, I am demanding the agencies owe me 40% of each of their budgets for every year from 2011 through when they completely get off me and they are still on me. It is already 12 full years now since I have been hurt and 9 complete years since I am aware of President Obama and the CIA and other agencies being on me. The FBI has been on me since at least May 2008. That's 12 full years for the FBI. I also want those who committed treason arrested and I believe they personally owe me all their money and all their assets because they personally went after me. This would be the Obama's, Hillary Clinton, Eric Holder, Loretta Lynch, Robert Mueller,James Comey, Andrew McCabe, Christopher Wray, Generals Dunford, Milley, and Mulholland, Leon Panetta, John Brennan, and Gina Haspell, along with the local law enforcement in San Diego, the FBI SACS, Local DOD Commanders, DA's and Sheriffs in every town I've lived since I moved home in July 2007. That's a lot of money That's a lot of pain and heartache I have endured. And because I have endured and haven't committed suicide I am again demanding they owe me. I also am demanding that the fraud Barrack Hussein Obama II and his wife Michell Robinson Obama be kicked out of our country for committing treason.

It is horrific enough to realize that corrupt law enforcement has murdered both of your parents, other relatives, and friends. They have been trying to murder me for the past 12 years of my life now. I am innocent of any wrongdoing and I know my Mom was too. Whatever happened to due process? I know my Dad was denied that. He never knew what happened to him but I do now and I'm telling you what all these evil people have done.

Judge, I have had 11 Wraiths on me and they are closing in.  I need you to act quickly on my behalf. I can't pick up and move again. To where? There's nowhere on the planet earth I can reasonably go without expecting them to attack me unless you do something and do it now. They are intent on murdering me. They are also planning and attacking my family and friends including my daughter, Ariana Lee Johnson, who is an Emergency Room Nurse in Huntsville, AL, my ex-husband's side of the family, the Johnson's and the Cagles, and my side of the family, the Stanton's and the Tinker's. We mostly live in TN, FL, and CA.

I am demanding you put a stop to it immediately!!!

The FBI has shut me down and not allowed me to get a real lawyer to help with this situation ever !!! They have attacked me, coordinated attacks against me with other groups who also attacked me, and have exceedingly lied about me to these other groups for the past 12 years of my life. They set me up in Chula Vista, CA in front of Costco for a car accident and then kept my car in Imperial Beach for about 2 months while they fed me BS about why it was taking so long. What were they doing to my vehicle? Then they charged about $12,000 to fix the vehicle if I remember correctly. It is the same car I still have that they sideswiped me in Evergreen, CO and it cost about $3,400 to repair that!!! Judge, they are trying to murder me and hurt me economically, psychologically, emotionally, etc. any way they can! Is this really our FBI, et,al? They are being told what to do by Barack who is a vindictive MOFO as is his wife Michelle, and Hillary Clinton. I could spend the rest of my life telling you about all the vile, slimy, blackhearted BS they have thought up against me and then carried it out. Recently I was lasered so badly, just because I laid down on my bed. I was convulsing as it was happening and then crying afterwards. I have a blackbelt in Judo and was put on the Judo mat at 5 years old until 18 years old consistently. I worked out with men because there were few girls in Judo. I don't cry from pain usually.

When I helped my brother Andy purchase a new vehicle (2015 I think) they immediately had someone run a stop sign into his new Honda. This is how long they have been on Andy because of me. What happened to him recently and why he is being charged in Citrus County, FL is entrapment. I want all his charges dropped immediately. All the BS that has happened to me also has been entrapment from the beginning. It is illegal and they are criminals with badges. IT IS OUTRAGEOUS WHAT HAS BEEN HAPPENING TO ME AND TO HAVE TO FIGURE IT OUT AND GUESS !!! WHO IS ATTACKING YOU AND WHY!!! All the time trying to maintain your composure, continue life as normally as possible, while trying to beat back an invisible leviathan!!! How much is it worth to have your sanity toyed with 24/7/365 for 12 years??? I think that's worth a lot of money. It's worth someone's life!!! It's literally worth someone's sanity!!! Judge, do you think it is evil for someone to really, truly, try and drive you insane??? That's what the FBI working with Michelle and Barack Obama for the past 9 years have done, and before that it was the FBI working with ex-FBI SAC, San Diego County Sheriff Bill Gore, for the 3 years prior to Barack's involvement. For example, when I make a NOISE in MY house…that's N  O I SEE…translation…..Negro (or Barack's dark side) I see and they attack me and hurt me so much I WOULD cry if I don't refuse them out of spite. How am I supposed to live not making any noise in MY house??? How about having to line my Master bedroom with flattened boxes to try and keep the lasering out. To be honest, I have spent the past 3 weeks sleeping  in the guest bathroom. I can protect myself better. They disrupt my sleep, make me sweat profusely, and target me when I try to sleep in my own bed in my own room. Barack Obama has never proven he was born in America with a valid US birth certificate. I want you to make him prove this immediately and if he cannot,  I want him and his wife arrested immediately, taken to a military plane, and expelled forever from our country.

There is one additional attached page that lists those who I believe have hurt me because of President Obama.since 2011 and locally with the FBI since May 2008.

**Responsible for Hurting Me Because of President Obama Since Feb 2011 to today**

## President

Barack Hussein Obama II and First Lady Michelle Robinson Obama

## Attorney Generals

Eric Holder, Loretta Lynch, Jeff Sessions, Bill Barr

## Secretaries of State

Hillary Clinton, John Kerry, Rex Tillerson, Mike Pompeo

## Joint Chiefs Chairmen

Admiral Mike Mullen, General Martin Dempsey, General Joseph Dunford, General Mark Milley

## CIA Directors

Leon Panetta, David Petraeus, John Brennan, Mike Pompeo, Gina Haspell

## FBI Directors

Robert Mueller, James Comey, Andrew McCabe, Christopher Wray

## DHS Directors

Janet Napolitano, Jeh Johnson, John Kelley, Kirstjen Nielsen, Kevin McAleenan

## HHS Directors

Kathleen Sebelius, Sylvia Burwell, Tom Price,  Alex Azar

## DOE Directors

Steven Chu, Ernest Moniz, Rick Perry, Dan Brouillette

## EPA Directors

Lisa Jackson, Gina McCarthy, Scott Pruitt,  Andrew Wheeler

| City I was living | DOD Local Commanders | FBI SAC | DA | Sheriff |
|---|---|---|---|---|
| San Diego | Roller, Bejarano, Gonzales | Slotter, Hearn | Dumanis | Bill Gore |
| Huntsville, AL | Dennis L. Via | Roger Stanton | Broussard | Blake Dorning |
| Dallas | John M. Richardson | Eric Jackson | Creuzot | Marion Brown |
| Denver | Marion Garcia | Dean Phillips | McCann | Firman /Shrader |
| St. Petersburg. | Stephen Snelson | Michael McPherson | McCabe | Robert Gualtieri |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      4/21/20

Signature of Plaintiff      Pamela Ruby Tinker Johnson
Printed Name of Plaintiff   Pamela Ruby Tinker Johnson

### B.   For Attorneys

Date of signing:      _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
                            _____
                            _____  _____  _____
                                City          State     Zip Code
Telephone Number            _____
E-mail Address              _____